JAMCO, INCORPORATED, an Oklahoma Corporation,

v.

Theodore F. CARLSON et al.

No. 6934.

United States Court of Appeals
Tenth Circuit.

Oct. 31, 1962.

Duke Duvall and Jerry J. Dunlap, Oklahoma City, Okl., for appellant.

Philip H. Sheridan, Denver, Colo., Edward J. Fauss, Oklahoma City, Okl., and Emory L. O'Connell, Denver, Colo., for appellees.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed October 31, 1962, on motion of appellant.

John M. LAWRENCE

v.

Abraham HELLER, the Chief of the in-Patient Psychiatric Services, Denver General Hospital.

No. 7115.

United States Court of Appeals
Tenth Circuit.

Sept. 26, 1962.

No representation for appellant.

Robert S. Wham, City Atty., and Wallace McCamant, Asst. City Atty., Denver, Colo., for appellee.

Before MURRAH, Chief Judge, and PICKETT and HILL, Circuit Judges.

PER CURIAM.

Appeal dismissed September 26, 1962, on motion of appellee, on ground appeal moot.

John M. LAWRENCE

v.

Stephen L. R. McNICHOLS et al.

No. 7114.

United States Court of Appeals
Tenth Circuit.

Nov. 8, 1962.

No representation for appellant.

Duke W. Dunbar, Atty. Gen., State of Colorado, Denver, Colo., for appellees.

Before BRATTON, LEWIS and SETH, Circuit Judges.

PER CURIAM.

Appeal dismissed November 8, 1962, for failure diligently to prosecute same.

NATIONAL LABOR RELATIONS BOARD

v.

PRODUCERS, INC.

Nos. 7010 and 7033.

United States Court of Appeals
Tenth Circuit.

Oct. 31, 1962.

Dominick L. Manoli, Assoc. Gen. Counsel, and Marcel Mallet-Prevost, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

John E. Early, Evansville, Ind., for respondent.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Petitions for enforcement withdrawn, without prejudice, October 31, 1962, on motion of petitioner.